FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 8 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00013 BRW |
| | ) | |
| v. | ) | Title 18 U.S.C. § 2422(b) |
| | ) | |
| DANIEL ARTHUR STEWART | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning on or about February 1, 2016, until on or about March 19, 2016, in the Eastern District of Arkansas, the defendant,

**DANIEL ARTHUR STEWART,**

using facilities and means of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce an individual, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Conspiracy to Commit Rape, in violation of Arkansas Code Annotated Section 5-14-103.

All in violation of Title 18, United States Code, Section 2422(b).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)