UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUN - 8 2023
TAMMY H. DOWNS
By:_____ DEPUTY CLERK
IN OPEN COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:19CR00013-BRW |
| ) | |
| v. ) | 18 U.S.C. § 2252(a)(4)(B) |
| ) | |
| DANIEL STEWART ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about March 19, 2016, in the Eastern District of Arkansas and elsewhere, the defendant,

**DANIEL STEWART,**

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

JONATHAN D. ROSS
United States Attorney

_____
Jordan C. Crews
Assistant United States Attorney
Arkansas Bar No. 2007299
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
jordan.crews@usdoj.gov